UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


CHRISTOPHER M. PALERMO

v.                                                          CA 10-221 ML

RHODE ISLAND ACI


ORDER


This matter is before the Court on the Report and Recommendation issued by

Magistrate Judge Hagopian on June 16, 2010.  No objection has been filed and the

time for doing so has passed.

Accordingly, this Court adopts the Report and Recommendation in its entirety.

Plaintiff's motion for leave to proceed in forma pauperis is DENIED and the complaint is

DISMISSED.


SO ORDERED:


Mary M. Lisi
Chief United States District Judge
July   9   , 2010